UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
Case #: _____

| | |
|---|---|
| Mary Ann Lewis )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Standard Insurance Company and )<br>The Standard Life Insurance Company of )<br>New York, dba The Standard Benefit )<br>Administrators )<br>)<br>Defendants ) | Case No.: _____ |

## Complaint

Comes the Plaintiff, by and through counsel, and for her Complaint, respectfully submits to the Court the following:

1.

This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. 1001 et. seq., and more particularly 29 U.S.C. 1132(a)(1)(B).

2.

This Court has jurisdiction of this matter pursuant to 29 U.S.C. 1132(e). Jurisdiction and venue are also proper in that the agreement which is the subject of this Complaint was entered into in Barbourville, Knox County, Kentucky, and the amount in controversy exceeds the jurisdictional minimum of this Court.

3.

Plaintiff is a resident of Corbin, Knox County, Kentucky and was an employee of KCEOC Community Action Partnership, Inc., a Kentucky Non-Profit Corporation with its principal office in Barbourville, Knox County, Kentucky.

4.

Defendants Standard Insurance Company and The Standard Life Insurance Company of New York, dba The Standard Benefit Administrators (hereinafter referred to as "Defendants") are foreign corporations doing business in Kentucky and who administered and were the fiduciary for a Long Term Disability Plan (hereinafter sometimes referred to as "the Plan") which qualifies as an "employee welfare benefit plan" within the meaning of 29 U.S.C. 1002.  Said Long Term Disability Plan was offered as an ERISA covered plan by Defendants through Plaintiff's employer KCEOC Community Action Partnership, Inc.

5.

Plaintiff became a participant and/or beneficiary of the said Long Term Disability Plan offered by Defendants while an employee at KCEOC Community Action Partnership, Inc.

6.

Defendants are the administrator and fiduciary of the Plan, actual and/or de facto, under ERISA.

COUNT 1

7.

Plaintiff incorporates Paragraphs 1 through 6 of this Complaint as through set forth again here in full.

8.

Plaintiff became disabled in November of 2017 and applied for Long Term Disability under the Plain.

9.

Plaintiff's application for Long Term Disability Benefits was denied by the Defendants.

10.

Under the Plan, Plaintiff is disabled and is entitled to benefits which have been wrongly denied to her by Defendants.

11.

Plaintiff has taken all of the appeals she is afforded directly with Defendants through the plan and has had her claim for benefits denied at each level.

12.

The denial of Plaintiff's claim for benefits was unsupported by substantial evidence, erroneous as a matter of law, not made in good faith, and in violation of ERISA.

13.

Plaintiff has suffered damages as a result of Defendants' actions complained of herein.

WHEREFORE, Plaintiff prays for the following relief:

1. For trial on all issues so triable;
2. That judgment be entered in Plaintiff's favor and against the Defendants which orders that the Plaintiff's application for Long Term Disability benefits

be approved and that retroactive benefits be paid immediately and future monthly benefits commence;

3. That Defendants be required to reimburse Plaintiff for reasonable attorney's fees and costs incurred in this action; and

4. Imposition of such other and further penalties against the Defendants as deemed appropriate and/or as may become available through the course of discovery in this matter.

                              Respectfully Submitted,

                              _s/ John P. Cornett_
                              John P. Cornett
                              Clark Law Office, Inc.
                              851 Corporate Drive, Suite 300
                              Lexington, KY 40503
                              (p):  859-219-1280
                              (f):  859-219-0727
                              john@clarklawoffice.net
                              ATTORNEY FOR PLAINTIFF