UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| **MARY ANN LEWIS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 6:19-91-KKC**<br><br><br><br>**ORDER** |

\* \* \* \* \* \* \* \*

This matter having come before the Court by a Stipulation of Dismissal with prejudice [DE 21],

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines are considered **SET ASIDE.**

3. This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated October 7, 2019

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY